MASTER EXHIBIT INDEX — Perry v. Waterville

Case No. 0:25-cv-03352 (LMP/LIB)

RECEIVED

OCT 0 9 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Exhibits 0001-0070-C

Exhibit 0001 — Ordinance 116 — Part 1

Exhibit 0002 — Ordinance 116 — Part 2

Exhibit 0003 — Ordinance 116 — Part 3

Exhibit 0004 — Ordinance 116 — Part 4

Exhibit 0005 — Ordinance 116 — Part 5

Exhibit 0006 — Ordinance 116 — Part 6

Exhibit 0007 — Ordinance 116 — Part 7

Exhibit 0008 — Ordinance 116 — Part 8

Exhibit 0009 — Ordinance 116 — Part 9

Exhibit 0010 — Ordinance 116 — Part 10

Exhibit 0011 — Ordinance 116 — Part 11

Exhibit 0012 — Ordinance 116 — Part 12

Exhibit 0013 — Ordinance 150.11 (2024)

Exhibit 0014 — Ordinance 150.12 (2024)

Exhibit 0015 — Ordinance 150.13 (2024)

Exhibit 0016 — Ordinance 150.14 (2024)

Exhibit 0017 — Ordinance 150.15 (2024)

Exhibit 0018 — Partnership Contract with Brother — Page 1

Exhibit 0019 — Partnership Contract with Brother — Page 2

Exhibit 0020 — Business Request to City — Jan 13, 2025 — Page 1

Exhibit 0021 — Business Request to City — Jan 13, 2025 — Page 2

Exhibit 0022 — First City Email — Jan 13

SCANNED

OCT 1 0 2025

U.S. DISTRICT COURT MPLS

Exhibit 0023 — City Email — Ordinance Change — Jan 22

Exhibit 0024 — City Email Follow-up

Exhibit 0025 — Public Meeting Agenda — Feb 4

Exhibit 0026 — Speech to City — Feb 4 — Page 1

Exhibit 0027 — Speech to City — Feb 4 — Page 2

Exhibit 0028 — Speech to City — Feb 4 — Page 3

Exhibit 0029 — Speech to City — Feb 4 — Page 4

Exhibit 0030 — Speech to City — Feb 4 — Page 5

Exhibit 0031 — City Email — Meeting Confirmation — Feb 19

Exhibit 0032 — Important City Meeting — Feb 19 — Page 1

Exhibit 0033 — Important City Meeting — Feb 19 — Page 2

Exhibit 0034 — City Email — Marijuana Microbusiness — Mar 17 — Page 1

Exhibit 0035 — City Email — Marijuana Microbusiness — Mar 17 — Page 2

Exhibit 0036 — City Email — Marijuana Microbusiness — Mar 17 — Page 3

Exhibit 0037 — City Email — Mar 17

Exhibit 0038 — City Email — Mar 17 Duplicate

Exhibit 0039 — City Meeting — Public Denial — Mar 17 — Page 1

Exhibit 0040 — City Meeting — Public Denial — Mar 17 — Page 2

Exhibit 0041 — City Email — Mar 27 — Person of Interest

Exhibit 0042 — Proposed Ordinance 150.02 — Home Occupation Amendment

Exhibit 0043 — Public Data Request — Apr 30

Exhibit 0044 — City Response to Data Request — May 5

Exhibit 0045 — State License Pre-Approval — Apr 24

Exhibit 0046 — Reconsideration Letter to City — Apr 30

Exhibit 0047 — City Letter Responding to Data Request — May 7

Exhibit 0048 – Ordinance 150.02 – 2025 Amendment

Exhibit 0049 – Failed Data Request – Letter to City – May 9

Exhibit 0050 – City Email – Finished Data Request – May 12

Exhibit 0051 – Formal Complaint – May 13 – Page 1

Exhibit 0052 – Formal Complaint – May 13 – Page 2

Exhibit 0053 – Formal Complaint – May 13 – Page 3

Exhibit 0054 – Formal Complaint – May 13 – Page 4

Exhibit 0055 – City Letter – Closed Data Request – May 15

Exhibit 0056 – Intent to Sue – May 13

Exhibit 0057 – Letter from Moran Law – June 5

Exhibit 0058 – Startup Damage Statement

Exhibit 0059 – March 27 Public Denial Transcript

Exhibit 0060 – Final Damages Summary

Exhibit 0061 – Personal Business Narrative

Exhibit 0062 – Complete Case Brief

Exhibit 0063 – City Violations Analysis

Exhibit 0064 – Janesville Council – Jason Moran – Mar 5

Exhibit 0065 – ADA Request and Bench Trial Election

Exhibit 0066 – IFP and Appointment of Counsel Motions

Exhibit 0067 – Scott County Conditional Use Permit

Newly Added:

Exhibit 0068 – Skills, Innovation, and Vision Profile

Exhibit 0068-A – Net Damages

Exhibit 0068-B – Operating Cost: Net OPEX / COGS

Exhibit 0068-C – Verification and Funding Evidence Supplement

Exhibit 0069 — Transcript (Corrected)

Exhibit 0069-A — Key Admissions from Transcript

Exhibit 0070 — Short Hearing Statement: Notice to File

Exhibit 0070-A — Short Hearing Statement (Full Text)

Exhibit 0070-B — Denial Was Not a Land-Use Adjudication

Exhibit 0070-C — Veteran Pre-Approval Notice and OCM Confirmation After Denial