RECEIVED

OCT 09 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Travis Perry, Plaintiff,
v.
City of Waterville; Jason Moran; Teresa Hill; and Waterville Zoning Commission,
Defendants.

Case No. 0:25-cv-03352 (LMP/LIB)


EXHIBIT 0070-C — Veteran Pre-Approval Notice & OCM Confirmation After City Denial

What this Exhibit Shows (at a glance)

Before the vote: Plaintiff told City officials he qualified for veteran
social-equity pre-approval and that OCM would do the final compliance inspection
after local approval.

City's choice: The City nevertheless refused to allow a CUP path and voted "Should
we? No." despite acknowledging it could legally allow it by CUP.

After the vote: Within ~1-2 days, OCM issued Plaintiff's pre-approval, confirming
eligibility and that the only barrier was the City's refusal to process the path.


1) Short Timeline (fill in dates)

Pre-Vote Notice to City: _____Jan_____, 2025 — Plaintiff informed officials he
qualified for veteran pre-approval and OCM would inspect after local approval.

City Denial Meeting: _____March___17th_____, 2025 — Planning/Zoning meeting; motion
to deny; vote carried.

OCM Action: _____April____24th___, 2025 — OCM Pre-Approval issued to Plaintiff.


2) Record Citations

Transcript (Ex. 0069):
• City Attorney: "Can the council… make it a conditional use? — Yes, legally we can…
Should they? No." (Lines 176-179.)
• Explosives analogy used to justify denial. (Lines 161-168.)
• Formal motion and vote to deny; no CUP process provided. (Lines 182-199.)

Key Admissions (Ex. 0069-A):
• Summarizes the City's acknowledgement of legal authority to allow by CUP and its
policy refusal; cites lines above.

SCANNED

OCT 10 2025

U.S. DISTRICT COURT MPLS

OCM Pre-Approval (attach here):
• Ex. 0045 — OCM Pre-Approval Letter/Notice to Plaintiff, dated
____April____24th_____, 2025.


3) Why This Matters (Causation & Liability)

Causation: Plaintiff warned the City that OCM pre-approval was forthcoming; OCM then issued it shortly after the City's vote. The only missing step was the City's refusal to process/allow a CUP path.

Due Process / Equal Protection: The City admitted it had legal authority to manage the use via CUP with conditions and revocation but chose not to for generalized, non-code reasons.

Not Speculative: OCM's pre-approval confirms state eligibility; losses flow from the City's policy choice, not from uncertainty about Plaintiff's qualifications.


---


Plaintiff's Short Declaration (28 U.S.C. § 1746)

I, Travis Perry, declare under penalty of perjury that:

1. Before the City's vote on _____March___17th____, 2025, I told City officials that, as a veteran, I qualified for OCM social-equity pre-approval, and that OCM would conduct the final compliance inspection after local approval.


2. On ____March___17th_____, 2025, the City voted to deny my request and refused to allow a CUP path.


3. On _____April___24th_____, 2025, I received OCM Pre-Approval. A true and correct copy is attached as Ex. 0045.


4. The transcript excerpts cited above are taken from Ex. 0069 (my corrected transcript) and Ex. 0069-A (Key Admissions).


Executed on ___October 1st_____, 2025.


---

Travis Perry, Plaintiff pro se
529 N. Mallory St., Waterville, MN 56096
Phone: 507-201-5199 | Email: TRAVIS.AVEA @ gmail.com