UNITED STATES DISTRICT COURT
IN THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| Travis Perry,<br><br>        Plaintiff,<br><br>v.<br><br>City of Waterville, official capacity; Jason Moran, in his official and individual capacities; Teresa Hill, in her official and individual capacities; and Waterville Zoning Commission, official capacity.<br><br>        Defendants. | Civil Action No.: 0:25-cv-3352-LMP-LIB<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (b)(6)** |

TO:  The Honorable Laura M. Provinzino, Judge of U.S. District Court, District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415; and the Plaintiff Travis Perry, 529 Mallory St. N., Waterville, MN 56096.

The Defendants in the above-named case hereby move the United States District Court, District of Minnesota for an Order to grant the following relief:

1. For dismissal of the Plaintiff's Amended Complaint, Doc. No. 47, for lack of jurisdiction and failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

2. To award the Defendants its costs and disbursements incurred herein; and

3. For all other fair, equitable, and just relief.

Said Motion is based upon the attached:

1. Memorandum of Law;

2. Meet and Confer Statement;

1

3. Proposed Order;

4. Affidavit of Teresa Hill; and

5. All of the files, records, and proceedings herein.

Dated:  December 22, 2025                        Respectfully Submitted,

**CAMPBELL KNUTSON**
*Professional Association*

By    */s/ John S. Brooksbank*
         John S. Brooksbank (#0402593)
         Jared D. Shepherd (#0389521)
         Grand Oak Office Center I
         860 Blue Gentian Road, Suite 290
         Eagan, MN 55121
         Telephone: (651) 234-6235
         jbrooksbank@ck-law.com
         jshepherd@ck-law.com

*Attorneys for Defendant City of Waterville*