UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA


Travis P. Perry,                              Court File No. 0:25-cv-03352-LMP-LIB

    Plaintiff,


v.                                            PLAINTIFF'S RESPONSE IN

                                              OPPOSITION TO DEFENDANTS'

City of Waterville, Minnesota;                MOTION TO DISMISS AMENDED

Waterville Planning and Zoning                COMPLAINT

Commission;

Jason Moran, in his individual and

official capacities; and

Teresa Hill, in her individual and

official capacities,


    Defendants.


Plaintiff Travis P. Perry ("Plaintiff"), proceeding pro se, respectfully submits this Response in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Plaintiff incorporates by reference his Amended Complaint (ECF No. 47), all

exhibits of record and exhibits A and B, and his accompanying Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint, filed contemporaneously with this Response.

As explained more fully in the accompanying Memorandum:

1. Plaintiff has Article III standing to pursue his claims, which arise from concrete, personal injuries to his constitutional rights and to his ability to operate a Year-1 cultivation-only microbusiness from his own residential property;

2. The Amended Complaint plausibly alleges that Defendants deprived Plaintiff of a protected property interest in fair, non-arbitrary access to the City's home-occupation and conditional-use permit framework, in violation of the Due Process Clause;

3. The Amended Complaint plausibly alleges that Defendants intentionally treated Plaintiff differently from similarly situated home-occupation applicants without a rational basis, in violation of the Equal Protection Clause;

4. The Amended Complaint plausibly alleges First Amendment retaliation based on Defendants' adverse actions in response to Plaintiff's speech, petitioning activity, and data-practices requests; and

5. Plaintiff has stated a viable claim under the Minnesota Government Data Practices Act, over which this Court properly exercises supplemental jurisdiction.

For these reasons, and for all of the reasons set forth in Plaintiff's accompanying

Memorandum of Law, Defendants' Motion to Dismiss should be denied in its entirety.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendants' Motion to Dismiss Plaintiff's Amended Complaint in full, and grant such other and further relief as the Court deems just and proper.

Dated: 01/11/ 2026         Respectfully submitted,

/s/ Travis P. Perry

Travis P. Perry

529 Mallory Street North

Waterville, MN 56096

507-210-0446

mn.snoeeons@gmail.com

Plaintiff, Pro Se