**watervillecitymn@frontier.com**

| | |
|---|---|
| **From:** | Moran, Jason <jason.moran@lesueurcounty.gov> |
| **Sent:** | Wednesday, January 22, 2025 8:36 AM |
| **To:** | watervillecitymn@frontier.com |
| **Subject:** | RE: Cannabis Micro Business Zoning Ordinance amendment request |

Thank you for the heads up on this. If he wants to go forward with his venture. He would need to appear before the council first to start the discussions on the matter. If council is inclined to entertain it they would send it to planning and zoning for some discussion and study and if they recommend ordinance changes that process would begin. I see a lot of issues with this (odors, potential increased crime, delivery traffic, he mentions manufacturing-that is problematic...do we want to allow light manufacturing in a residential zone. All of his requests would set precedent on any additional "businesses or light manufacturing" occurring in the home.

Now probably would also be a good time to tighten up our "home occupation" ordinance. If you want, I can start some ordinance drafting on that and we can at least start the discussion on it???

Jason L. Moran
Attorney at Law
Chief Deputy-Le Sueur County Attorney's Office
City Attorney-Le Sueur, Le Center, Waterville, Elysian, Madison Lake, Janesville, Cleveland, Henderson, New Richland, Kilkenny
65 South Park Ave.
P.O. Box 156
Le Center, MN 56057
Tel-(507) 357-2278
Fax-(507) 357-2270

**From:** watervillecitymn@frontier.com <watervillecitymn@frontier.com>
**Sent:** Tuesday, January 21, 2025 2:56 PM
**To:** Moran, Jason <jason.moran@lesueurcounty.gov>
**Subject:** Cannabis Micro Business Zoning Ordinance amendment request

Teresa Hill, Administrator-Clerk
City of Waterville
507-362-8300

1