**watervillecitymn@frontier.com**

| | |
|---|---|
| **From:** | Moran, Jason <jason.moran@lesueurcounty.gov> |
| **Sent:** | Thursday, March 27, 2025 1:47 PM |
| **To:** | watervillecitymn@frontier.com |
| **Subject:** | Possible Amendment to Home Occupation Ordinance |
| **Attachments:** | Home Occupation Amendment.docx |

Teresa:

We may want to look at Amending our Home Occupation Ordinance definition to exclude certain trades. Take a look at the attached. If you approve, we may want to put this on next week's agenda for first reading/setting up a public hearing for May with P&Z taking a look at it between that May public hearing/passage date. I'd kind of like to possible get ahead of dangerous occupations especially with the State getting closer to issuing THC licenses and being that we have a person of interest in town that may try to do something clever.

Thoughts on this?

Jason L. Moran
Attorney at Law
Chief Deputy-Le Sueur County Attorney's Office
City Attorney-Le Sueur, Le Center, Waterville, Elysian, Madison Lake, Janesville, Cleveland, Henderson, New Richland, Kilkenny
65 South Park Ave.
P.O. Box 156
Le Center, MN 56057
Tel-(507) 357-2278
Fax-(507) 357-2270