Travis Perry
 529 N Mallory St, Waterville,MN,56096
5072100446
Travis.avea@gmail.com
Mon, Jan, 13,2025

City Council of Waterville, MN 200 3rd St S

**Subject: Application for Home-Based Cannabis Microbusiness License and Request for Zoning Ordinance Amendment**

**To the Honorable Members of the City Council:**
This letter formally requests consideration for a home-based cannabis microbusiness license and proposes an amendment to the City's zoning ordinance to specifically permit such businesses within designated residential zones.

The concept of a "microbusiness" inherently suggests a small-scale, often home-based operation. Denying the ability to operate a cannabis microbusiness within a residential zone effectively undermines the very foundation of this business model.

My personal journey with health challenges began during my service in the United States military. At the young age of 19, I experienced severe health issues while serving, but unfortunately, the military was unable to adequately address the cause of my illness. I was ultimately discharged without the help I needed, leaving me feeling abandoned and unsupported. This experience, unfortunately, is all too common amongst veterans and other public servants who are often discarded when they face health challenges.

Driven by my own struggles with cancer and a deep sense of empathy for fellow men and women,I am driven to create a business that provides access to high-quality, organically grown cannabis. I believe that cannabis has the potential to offer significant relief to many veterans and cancer patients and survivors who are grappling with chronic pain, PTSD, and other health issues. My goal is to provide a compassionate and affordable option for those who have served our country or anybody seeking relief and are now facing the challenges of navigating the healthcare system.

My proposed microbusiness will focus on the cultivation of cannabis , processing and manufacturing using non toxic, environmentally safe products and procedures.

- **Cultivation:** I intend to cultivate cannabis plants for personal use, sale to licensed processors and dispensaries. Create and acquire new genetics.
- I am committed to using **100% organic growing practices, with absolutely no chemical fertilizers, pesticides, or herbicides. A significant focus of my cultivation will be on breeding and developing new strains with unique genetic profiles and desirable characteristics. All cultivation activities will be conducted entirely indoors within my residence.**
- **Processing:** I will be doing simple extraction methods, creating infused products. **All processing will also be conducted indoors within my residence.**
- **Manufacturing:** I will be doing the production of edibles, ingestible oils, and THC-CBD-infused skincare. **All manufacturing will also be conducted indoors within my residence and no chemicals used in any manufacturing or processing process**

**Environmental Sustainability:**
I am committed to minimizing my environmental impact. All plant waste generated by my microbusiness will be utilized to feed a composting system using worms. This process will

create valuable worm castings, a natural and highly effective soil amendment that can be used in my garden or shared with other local gardeners.

I understand the significant differences between a home-based microbusiness and a full-scale retail store:

- **Limited Scope:** My operations will be small-scale and focused on minimizing impact on the neighborhood and environment.
- **Minimal Foot Traffic:** I anticipate minimal customer traffic, as sales will be primarily online or by appointment
- **Strict Regulations:** I will adhere to all applicable state and local regulations, including , limited hours of operation, security measures, odor control measures, age compliance.

To address potential concerns:

- **Safety:** I will implement the use of surveillance cameras, alarm systems to ensure the safety of myself, my neighbors, and the community.
- **Odor Control:** I will utilize a high-quality ventilation system, and carbon filters to minimize any potential odor issues.
- **Traffic and Parking:** I will take steps to minimize any impact on local traffic and parking, such as having customers park in designated zone
- **Community Engagement:** I am willing to participate in a community meeting to address any concerns raised by nearby residents or city members.

My microbusiness will contribute to the local economy by:

- **Creating Local Jobs:** I will give the ability to hire new employees in the future based on the growth and needs of my business.
- **Generating Tax Revenue:** I will pay all applicable taxes and fees to the city and state.
- **Supporting Local Businesses:** I would offer businesses and members of the City of Waterville discounts on my products or services provided. Sourcing supplies locally when possible to help generate revenue to other businesses in the community.

I will ensure full compliance with all applicable state and local cannabis regulations, including obtaining all necessary licenses and permits.

My primary goal is to operate my microbusiness in accordance with the state's guidelines for such operations. I believe that allowing home-based cannabis microbusinesses within designated residential zones, with appropriate regulations, aligns with the state's vision for a responsible and regulated cannabis industry.

Furthermore, I believe that restricting cannabis microbusinesses to non-residential areas undermines the very concept of a "microbusiness," which often relies on the ability to operate from a home-based location.

I believe that a zoning amendment specifically for cannabis microbusinesses would:

- **Support Local Entrepreneurship:** Provide a pathway for small-scale cannabis businesses to thrive within the city.
- **Encourage Economic Growth:** Contribute to the local economy by fostering job creation and tax revenue.
- **Ensure Responsible Development:** Allow for the implementation of specific regulations and guidelines tailored to microbusinesses, ensuring responsible operations and minimal impact on residential neighborhoods.

I respectfully request that the City Council carefully consider my application and the proposed zoning amendment. I am available to meet with the Council or any relevant committees to discuss this matter further and answer any questions you may have.