# UNITED STATES DISTRICT COURT
## IN THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Travis Perry,<br><br>   Plaintiff,<br><br>v.<br><br>City of Waterville, official capacity; Jason Moran, in his official and individual capacities; Teresa Hill, in her official and individual capacities; and Waterville Zoning Commission, official capacity.<br><br>   Defendants. | ) Civil Action No.: 0:25-cv-3352-LMP-<br>) LIB<br>)<br>)<br>)<br>)<br>) **SUBSTITUTION OF COUNSEL**<br>) **AND CONSENT**<br>)<br>)<br>)<br>)<br>) |

TO: THE ADMINISTRATOR OF THE ABOVE-NAMED COURT AND PLAINTIFF.

**PLEASE TAKE NOTICE** that Sharda Enslin of Campbell Knutson, P.A., is hereby substituted as attorney of record in place of John S. Brooksbank, for Defendant, City of Waterville, in the above-entitled action.

All future correspondence, demands, notices, and pleadings should be forwarded to the attention of Jared D. Shepherd and Sharda Enslin at the address and phone number below.

*[Reminder of this page is intentionally left blank.]*

1

239451v1

Dated: June 11, 2026

**CAMPBELL KNUTSON**
*Professional Association*


By:  */s/ Sharda Enslin*
     Jared D. Shepherd, (#038952)
     Sharda Enslin (#0389370)
     Grand Oak Office Center I
     860 Blue Gentian Road, Suite 290
     Eagan, Minnesota 55121
     Telephone: (651) 452-5000
     jshepherd@ck-law.com
     senslin@ck-law.com

     ***Attorneys for Defendant City of Waterville***


## CONSENT


The undersigned hereby consents to the foregoing substitution of counsel.


Dated: June 11, 2026

By:  */s/ John S. Brooksbank*
     John S. Brooksbank (#0402593)
     Campbell Knutson, P.A.
     Grand Oak Office Center I
     860 Blue Gentian Road, Suite 290
     Eagan, Minnesota 55121
     Phone: (651) 452-5000
     Email: jbrooksbank@ck-law.com

239451v1