# UNITED STATES DISTRICT COURT

## District of Minnesota

Travis Paul Perry,

                    Plaintiff,

v.

City of Waterville, Jason Moran, Teresa Hill,
Waterville Zoning Commission,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-3352 LMP/LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion to Dismiss (ECF No. 50) is **GRANTED**. The amended complaint (ECF No. 47) is **DISMISSED WITHOUT PREJUDICE**.

Date: 6/24/2026

KATE M. FOGARTY, CLERK