**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TRAVIS PAUL PERRY,

   Plaintiff,

v.

CITY OF WATERVILLE, MINNESOTA;
WATERVILLE PLANNING AND ZONING
COMMISSION; JASON MORAN, in his
official and individual capacities; and TERESA
HILL, in her official and individual capacities,
Defendants.

**Case No. 0:25-cv-03352-LMP-LIB**

**LOCAL RULE 7.1(f) CERTIFICATE OF**
**COMPLIANCE**

I certify that Plaintiff's Memorandum of Law in Support of Rule 59(e) Motion and Motion for Leave to File Second Amended Complaint complies with the word limit of District of Minnesota Local Rule 7.1(f).

The memorandum contains 2,672 words, excluding the caption, signature block, and this certificate. The word count was generated from the final memorandum text prepared for filing using word count function in Microsoft Word.

The memorandum uses 12-point Times New Roman font and standard margins.

Dated: July 21, 2026

Respectfully submitted,

/s/ Travis Paul Perry

Travis Paul Perry

529 N. Mallory Street

Waterville, MN 56096

Email: mn.snoeeons@gmail.com

Phone: 507-210-0446

Pro Se Plaintiff