# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

TRAVIS PAUL PERRY,

Plaintiff,

v.

CITY OF WATERVILLE, MINNESOTA;

WATERVILLE PLANNING AND ZONING

COMMISSION; JASON MORAN, in his official

and individual capacities; and TERESA HILL, in

her official and individual capacities, Defendants.

Case No. 0:25-cv-03352-LMP-LIB

**STATEMENT REGARDING**

**MEET AND CONFER**

Plaintiff Travis Paul Perry states as follows regarding Local Rule 7.1 meet-and-confer efforts:

1.   Plaintiff is proceeding without counsel.

2.   On July 21, 2026, at approximately 10:46 a.m., Plaintiff contacted Defendants' current counsel, Jared D. Shepherd and Sharda Enslin, by email at jshepherd@ck-law.com and senslin@ck-law.com, the email addresses listed in Defendants' June 11, 2026 substitution-of-counsel filing, and requested a good-faith conference concerning Plaintiff's anticipated Rule 59(e) Motion and request for leave to file a Proposed Second Amended Complaint.

3.   On July 21, 2026, at approximately 11:08 a.m., attorney Jared D. Shepherd responded by email, copying Sharda Enslin, and stated: 'We will oppose any motion you file that will continue this litigation.'

4.   Because of the fixed and imminent Rule 59(e) deadline, and because Defendants have stated that they oppose any motion continuing the litigation, Plaintiff files the motion today without further delay.

5.   The parties have not reached any agreement regarding the requested relief. Plaintiff remains available to confer further if the Court requires additional information or if Defendants wish to discuss any narrowed or agreed relief.

Dated: July 21, 2026

Respectfully submitted,

/s/ Travis Paul Perry

Travis Paul Perry

529 N. Mallory Street

Waterville, MN 56096

Email: mn.snoeeons@gmail.com

Phone: 507-210-0446

Pro Se Plaintiff