UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

TRAVIS PAUL PERRY,                                    Case No. 0:25-cv-03352-LMP-LIB

   Plaintiff,    **PROPOSED ORDER** v.

CITY OF WATERVILLE, MINNESOTA;

WATERVILLE PLANNING AND ZONING

COMMISSION; JASON MORAN, in his

official and individual capacities; and TERESA

HILL, in her official and individual capacities,

Defendants.


   Based on Plaintiff Travis Paul Perry's Rule 59(e) Motion and Motion for Leave to File Second Amended Complaint, the memorandum, declaration, proposed pleading, Local Rule 15.1 redline/comparison, selected exhibits, and the record in this case, IT IS HEREBY ORDERED:

1. Plaintiff's Rule 59(e) Motion and Motion for Leave to File Second Amended Complaint is GRANTED.

2. The Judgment entered after the June 23, 2026 Order is ALTERED or AMENDED to the extent necessary to reopen the case and permit amendment.

3. The Court's June 23, 2026 Order is VACATED or MODIFIED to the extent necessary to permit filing of the Second Amended Complaint.

4. Plaintiff is granted leave to file the Second Amended Complaint.

5. Plaintiff must file and serve the Second Amended Complaint within the time set by the Federal Rules of Civil Procedure or by further Court order.

6. Defendants must respond to the Second Amended Complaint under the Federal Rules of Civil Procedure and any schedule set by the Court.

**LET THE CASE BE REOPENED.**

Dated: _____, 2026

BY THE COURT:

_____

Laura M. Provinzino

United States District Judge