**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TRAVIS PAUL PERRY,

    Plaintiff,

v.

CITY OF WATERVILLE, MINNESOTA;
WATERVILLE PLANNING AND ZONING COMMISSION;
JASON MORAN, in his official and individual
capacities; and TERESA HILL, in her official and
individual capacities,

    Defendants.

**Case No. 0:25-cv-03352-LMP-LIB**

**CLEAN SELECTED MASTER EXHIBIT INDEX**
**FOR RULE 59(e) MOTION AND PROPOSED SECOND AMENDED COMPLAINT**

Plaintiff submits this clean Selected Master Exhibit Index to identify the exhibits submitted or re-submitted with Plaintiff's Rule 59(e) motion and Proposed Second Amended Complaint. Plaintiff preserves the original Master Exhibit numbers previously used in this case so the Court, Defendants, and Plaintiff can refer to the same documents consistently. This clean index is not intended to renumber, replace, or alter the contents of the exhibits themselves; it is intended to provide a legible typed reference for the Court.

## I. Selected Exhibits and Relevance

| Master Exhibit No. | Document / Date | Purpose / Relevance |
|---|---|---|
| 0020-0021 | January 13, 2025 written request and supporting materials submitted to the City | Shows Plaintiff's initial written request for a lawful home-based cannabis microbusiness zoning path and the materials submitted after being routed to the City Council. |
| 0022-0023 | January 2025 City communications, including Council routing and January 22, 2025 Moran email | Shows the City placed the issue on the Council/P&Z track and that the City Attorney was already discussing concerns and possible tightening of the home-occupation ordinance. |
| 0025-0030 | February 4, 2025 City Council agenda/minutes and related materials | Shows the matter was placed before the City Council as a home-based cannabis microbusiness/amendment issue and that Plaintiff appeared to explain his proposal. |
| 0031-0033 | February 13-19, 2025 Planning Commission communications/minutes/materials | Shows the City continued the matter through the Planning Commission route rather than directing Plaintiff to a formal CUP application route. |

| 0034-0038 | March 17, 2025 meeting preparation communications | Shows communications before the March 17 Planning and Zoning meeting concerning Plaintiff's request and the marijuana microbusiness issue. |

| Master Exhibit No. | Document / Date | Purpose / Relevance |
|---|---|---|
| 0039-0040 | March 17, 2025 official Planning and Zoning minutes | Shows the official City record of the March 17 meeting and the City's treatment of Plaintiff's request. |
| 0041-0042 | March 27, 2025 Moran email and proposed ordinance amendment materials | Shows the person-of-interest / do-somethingclever email and the proposed ordinance change aimed at excluding cannabis-related home occupations. |
| 0043 | April 30, 2025 public data request | Shows Plaintiff requested City communications and records concerning cannabis, hemp, homebased businesses, zoning ordinances, and Plaintiff's request. |
| 0046 | April 30, 2025 reconsideration letter | Shows Plaintiff asked the City to reconsider and explained his willingness to comply with reasonable conditions, inspections, and regulations. |
| 0047 | May 7, 2025 City response letter | Shows the City asserted no permit application had been filed and no permit denial existed, while withholding attorney-client communications. |
| 0048 | Ordinance 150.02-2025 | Shows the City amended the home-occupation ordinance to categorically exclude cannabis-related growing and related cannabis/cannabinoid activities. |
| 0049 | May 9, 2025 MGDPA challenge/clarification letter | Shows Plaintiff challenged or clarified the City's data response. |
| 0050 | May 12, 2025 supplemental City data response | Shows the City produced additional material while stating it would not make a practice of disclosing attorney-client data. |
| 0051-0054 | May 13, 2025 formal complaint to the City | Shows Plaintiff raised concerns about process, equal treatment, retaliation, data practices, personal impact, and damages. |
| 0055 | May 15, 2025 Hill no-further-action / other-zones letter | Shows the City stated it would take no further action and directed Plaintiff toward other zones rather than telling him a residential CUP path remained available. |
| 0056 | Notice of intent to sue | Shows Plaintiff gave notice of federal claims and continuing injury. |
| 0057 | June 5, 2025 Moran final City response letter | Shows the City Council took no action after closed-session discussion and that the City's final position directed Plaintiff away from the residential property path. |

| 0069 | Corrected transcript of March 17, 2025 Planning and Zoning meeting | Shows the meeting language, including discussion of residential cannabis use, conditional-use treatment, existing zones, City concerns, and practical closure of the residential path. |
| 0071 | OCM Email Compilation | Shows OCM communications regarding socialequity/preliminary status, local zoning compliance, the need to work with local government, and the fact that OCM preliminary approval did not authorize operations. |

## II. Original Master Exhibit Number Continuity List

The following list preserves the original Master Exhibit numbering appearing in the prior exhibit set. This continuity list is included so the Court can follow prior docketed exhibit references and current re-submitted exhibit references without renumbering.

| Master Exhibit No. | Document / Description |
| --- | --- |
| 0001 | Ordinance 116 - Part 1 |
| 0002 | Ordinance 116 - Part 2 |
| 0003 | Ordinance 116 - Part 3 |
| 0004 | Ordinance 116 - Part 4 |
| 0005 | Ordinance 116 - Part 5 |
| 0006 | Ordinance 116 - Part 6 |
| 0007 | Ordinance 116 - Part 7 |
| 0008 | Ordinance 116 - Part 8 |
| 0009 | Ordinance 116 - Part 9 |
| 0010 | Ordinance 116 - Part 10 |
| 0011 | Ordinance 116 - Part 11 |
| 0012 | Ordinance 116 - Part 12 |
| 0013 | Ordinance 150.11 (2024) |
| 0014 | Ordinance 150.12 (2024) |
| 0015 | Ordinance 150.13 (2024) |
| 0016 | Ordinance 150.14 (2024) |
| 0017 | Ordinance 150.15 (2024) |
| 0018 | Partnership Contract with Brother - Page 1 |
| 0019 | Partnership Contract with Brother - Page 2 |
| 0020 | Business Request to City - Jan. 13, 2025 - Page 1 |
| 0021 | Business Request to City - Jan. 13, 2025 - Page 2 |
| 0022 | First City Email - Jan. 13 |

| | |
|---|---|
| 0023 | City Email - Ordinance Change - Jan. 22 |
| 0024 | City Email Follow-up |
| 0025 | Public Meeting Agenda - Feb. 4 |
| 0026 | Speech to City - Feb. 4 - Page 1 |
| 0027 | Speech to City - Feb. 4 - Page 2 |

| Master Exhibit No. | Document / Description |
|---|---|
| 0028 | Speech to City - Feb. 4 - Page 3 |
| 0029 | Speech to City - Feb. 4 - Page 4 |
| 0030 | Speech to City - Feb. 4 - Page 5 |
| 0031 | City Email - Meeting Confirmation - Feb. 19 |
| 0032 | Important City Meeting - Feb. 19 - Page 1 |
| 0033 | Important City Meeting - Feb. 19 - Page 2 |
| 0034 | City Email - Marijuana Microbusiness - Mar. 17 - Page 1 |
| 0035 | City Email - Marijuana Microbusiness - Mar. 17 - Page 2 |
| 0036 | City Email - Marijuana Microbusiness - Mar. 17 - Page 3 |
| 0037 | City Email - Mar. 17 |
| 0038 | City Email - Mar. 17 Duplicate |
| 0039 | City Meeting - Public Denial - Mar. 17 - Page 1 |
| 0040 | City Meeting - Public Denial - Mar. 17 - Page 2 |
| 0041 | City Email - Mar. 27 - Person of Interest |
| 0042 | Proposed Ordinance 150.02 - Home Occupation Amendment |
| 0043 | Public Data Request - Apr. 30 |
| 0044 | City Response to Data Request - May 5 |
| 0045 | State License Pre-Approval - Apr. 24 |
| 0046 | Reconsideration Letter to City - Apr. 30 |
| 0047 | City Letter Responding to Data Request - May 7 |
| 0048 | Ordinance 150.02 - 2025 Amendment |
| 0049 | Failed Data Request - Letter to City - May 9 |
| 0050 | City Email - Finished Data Request - May 12 |

| | |
|---|---|
| 0051 | Formal Complaint - May 13 - Page 1 |
| 0052 | Formal Complaint - May 13 - Page 2 |
| 0053 | Formal Complaint - May 13 - Page 3 |
| 0054 | Formal Complaint - May 13 - Page 4 |
| 0055 | City Letter - Closed Data Request - May 15 |
| 0056 | Intent to Sue - May 13 |
| 0057 | Letter from Moran Law - June 5 |
| 0058 | Startup Damage Statement |
| **Master Exhibit No.** | **Document / Description** |
| 0059 | March 27 Public Denial Transcript |
| 0060 | Final Damages Summary |
| 0061 | Personal Business Narrative |
| 0062 | Complete Case Brief |
| 0063 | City Violations Analysis |
| 0064 | Janesville Council - Jason Moran - Mar. 5 |
| 0065 | ADA Request and Bench Trial Election |
| 0066 | IFP and Appointment of Counsel Motions |
| 0067 | Scott County Conditional Use Permit |
| 0068 | Skills, Innovation, and Vision Profile |
| 0068-A | Net Damages |
| 0068-B | Operating Cost: Net OPEX / COGS |
| 0068-C | Verification and Funding Evidence Supplement |
| 0069 | Transcript (Corrected) |
| 0069-A | Key Admissions from Transcript |
| 0070 | Short Hearing Statement: Notice to File |
| 0070-A | Short Hearing Statement (Full Text) |
| 0070-B | Denial was Not a Land-Use Adjudication |
| 0070-C | Veteran Pre-Approval Notice and OCM Confirmation After Denial |
| 0071 | OCM Email Compilation (current Rule 59(e) filing) |

Plaintiff respectfully requests that the Court use this clean index for reference while preserving the original Master Exhibit numbering used in Plaintiff's prior exhibit submissions and current re-submitted exhibits.

Dated: July 21, 2026

Respectfully submitted,

/s/ Travis Paul Perry
Travis Paul Perry
Pro Se Plaintiff